IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOSEHT ANTONIO URDANETA SIMANCA, Petitioner, | § § § § | |
| v. | § | No. 3:26-CV-1280-D-BW |
| WARDEN PRAIRIELAND, et. al., Respondents. | § § § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus under 28 U.S.C. ' 2241, (Dkt. No. 3), will be dismissed by a separate judgment.

**SO ORDERED**.

October 8, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE